**Order entered December 19, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00354-CV

### PAMELLA JOINER, Appellant

### V.

### THE WEITZMAN GROUP, INC., Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-16489**

### ORDER

Before the Court is appellant's December 16, 2022 unopposed third motion for an extension of time to file her opening brief. We **GRANT** the motion and extend the time to **December 23, 2022**.

/s/    KEN MOLBERG
        JUSTICE